■ EDITH HAWTHORNE, Appellant, v. WILSON HAWTHORNE, Respondent, et al., Defendant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Herkimer Special Term directing judgment dismissing plaintiff's complaint, in an action to compel defendant Hawthorne to indorse a check for payment of a fire loss under a policy of fire insurance.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. [24 Misc 2d 508.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. WILLIAMS, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying without a hearing petitioner's application for a writ of error *coram nobis* to vacate judgment of conviction.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER ENGLISH, Appellant.— Judgment of convictoin unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of violation of subdivision 1 of section 1751 of the Penal Law.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEWEY JOHNSON, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of the crime of grand larceny, first degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINIC OLIVERI, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of criminal contempt of court.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR COSTELLO, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of criminal contempt of court.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. URAN MINING CORPORATION, ANTHONY FARGO, JOSEPH W. AIELLO, Appellants, et al., Defendants.— Judgment unanimously affirmed, without costs of this appeal to any party. (Appeals from judgment of Monroe Supreme Court restraining defendants Uran Mining Corporation, Fargo and Aiello from engaging in sales of stocks and appointing a receiver of property derived by defendants from fraudulent practices.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.